UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Golden-Collum Memorial Federal Building
and United States Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, Florida 34475
352-369-4860
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Jim Leanhart
Court Operations Supervisor
Ocala Division

UNITED STATES OF AMERICA

-vs-

Case No. 5:13-mj-1082-PRL

GARY RICHARD VIBBARD

———————————— REDACTED ————————————

## TRANSFER OF SURRENDERED PASSPORT

Pursuant to Rule 5(c) transfer of the above-referenced case, enclosed is the defendant's passport, number _____. This passport was previously surrendered to the Clerk of Court pursuant to Court order as a condition of the defendant's release.

Please acknowledge receipt on the enclosed copy of this letter.

SHERYL L. LOESCH, CLERK

By: _____
Donna DeNicola, Deputy Clerk

RECEIVED BY MAIL
DEC 02 2013
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

SCANNED
DEC - 2 2013
U.S. DISTRICT COURT MPLS