UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 13-217 (PAM/TNL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION |
| | ) | FOR DISCOVERY |
| v. | ) | |
| | ) | |
| GARY RICHARD VIBBARD, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America moves for an order requiring the disclosure by the defendant of all information covered by Federal Rules of Criminal Procedure 12.1, 12.2, 12.3, and 16(b).

Dated: January 27, 2014

Respectfully submitted,

JOHN R. MARTI
Acting United States Attorney

*s/Robert M. Lewis*
_____
By: Robert M. Lewis
Assistant U.S. Attorney