UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 13-CR-217 (PAM/TNL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO** |
| v. | ) | **WITHDRAW** |
| | ) | |
| GARY RICHARD VIBBARD, | ) | |
| | ) | |
| Defendant. | ) | |

Undersigned counsel, Charles L. Hawkins, hereby moves this Honorable Court for an Order granting him leave to withdraw as counsel for defendant, Gary R. Vibbard, in the above-entitled matter.

This motion is based on the records and files in the above-entitled matter, any and all matters that may be presented prior to or at the time of hearing this motion and the following:

1. Undersigned counsel was appointed to represent Mr. Vibbard under the Criminal Justice Act,

2. Undersigned counsel represents there has been an irretrievable breakdown in the attorney/client relationship, and

3. Because of the attorney/client privilege undersigned counsel is unable to more specifically detail the disintegration of the attorney/client relationship.

WHEREFORE, undersigned counsel requests leave to withdraw.


Respectfully submitted,

Dated:  February 6, 2014          /s/Charles L. Hawkins
                                  Charles L. Hawkins
                                  150 S. 5th Street, Suite 3260
                                  Minneapolis, MN  55402
                                  (612) 339-6921
                                  Attorney No. 124369