# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: Criminal 13-217 PAM |
| | Date: May 15, 2014 |
| Gary Richard Vibbard, | Court Reporter: Ron Moen |
| Defendant. | Courthouse: St. Paul |
| | Courtroom: 7D |
| | Time Commenced: 10:30 am |
| | Time Concluded: 11:00 am |
| | Sealed Hearing Time: |
| | Time in Court: Hours & 30 Minutes |

Before Paul A. Magnuson, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
   For Plaintiff:   Robert M. Lewis
   For Defendant:   William M. Orth  ☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed

PROCEEDINGS:
   ☐ **Arraignment** on ☐ Information, ☐ Indictment
   ☒ **Change of Plea Hearing.**
   ☐ **Initial Appearance.**
   ☐ Indictment waived.
   ☐ Defendant withdraws plea of as to Count(s):

   ☒ PLEA:
      ☒ Guilty as to Count(s): two
      ☐ "Nolo Contendere" as to Count(s):
      ☐ Defendant admits allegations in the Information.

   ☒ Presentence Investigation and Report requested.
   ☐ Bond continued.
   ☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
   ☒ Defendant remanded to the custody of the U.S. Marshal.

                                                                                               s/Suzanne M. Ruiz
                                                                                                   Calendar Clerk